UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-86-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY RANDOLPH MARTIN | ORDER |

On motion of the Defendant, Jeremy Randolph Martin, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #66 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

IT IS SO ORDERED.

This the  1st   day of March, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge